UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**Sherry Louise Hill**,
SSN: xxx–xx–1849      EIN: NA
   960 S. Co. Rd. 75 W.
   North Vernon, IN 47265
      Debtor.

Case No. **22–90367–AKM–13**

# NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on May 5, 2022, by Debtor Sherry Louise Hill. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by June 3, 2022, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  May 6, 2022

Eric R. Kleis
Clerk, U.S. Bankruptcy Court